**UNITED STATES DISTRICT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAYO FELIPE COSTA DONDONI ,<br><br>PETITIONER,<br><br>ANTONE MONIZ, *SUPERINTENDENT, PLYMOUTH COUNTY CORRECTIONAL FACILITY, et al,*<br><br>RESPONDENTS. | Civil Action No. 1:25-cv-13438-IT |

<u>DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR</u>
<u>KEITH M. CHAN</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith M. Chan, an Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am currently serving the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as an Assistant Field Office Director ("AFOD") in Burlington, Massachusetts. I have served in this position since May 2022 and have been employed by ICE since August 2008.
2. As AFOD, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for aliens in ICE custody whose cases involve federal litigation. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the Department of Justice to address litigation-related requirements.

3. I have experience using ICE records systems to obtain information about specific aliens. ICE maintains electronic and paper records created during daily business. These records are created at or near the time of the relevant events by, or from information provided by, people with knowledge of those events. In preparing this declaration, I reviewed official ICE records, including, but not limited to, the ENFORCE Alien Removal Module ("EARM"), an electronic case-management database that ICE personnel ordinarily rely upon to determine an alien's immigration history, current case status, and, if applicable, plans for removal.
4. While preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of Kayo Felipe Costa-Dondoni ("Petitioner").
5. Petitioner last entered ICE custody on November 18, 2025. Petitioner is currently detained at the Plymouth County Correctional Facility in Plymouth, Massachusetts.

IMMIGRATION AND DETENTION HISTORY

6. Petitioner is a citizen and national of Brazil.
7. On or about December 6, 2021, Petitioner entered the United States without inspection, admission, or parole by an immigration officer, and at a place which was not a port of entry or another place designated by the Attorney General. At that time, Petitioner did not present a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.
8. On or around December 6, 2021, ICE released Petitioner on an interim parole pursuant to its authority under 8 U.S.C. § 1182(d)(5) due to bedspace decompression efforts.

9. On or about February 12, 2022, ICE issued and served Petitioner with a Notice to Appear ("NTA"), charging him as inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) and 8 U.S.C. § 1182(a)(7)(A)(i)(I). Upon service of the Notice to Appear the previously issued parole was terminated.
10. On February 15, 2022, the Boston Immigration Court accepted the NTA, initiating removal proceedings pursuant to 8 U.S.C. § 1229a.
11. On February 12, 2025, an Immigration Judge found Petitioner ineligible for all forms of relief and entered an order of removal against him.
12. Petitioner subsequently appealed the Immigration Judge's decision to the Board of Immigration Appeals ("BIA").
13. The BIA dismissed Petitioner's appeal on November 3, 2025.
14. On or around November 18, 2025, ICE encountered and detained Petitioner at the ISAP Office in Burlington, Massachusetts pursuant to its authority under 8 U.S.C. § 1231.
15. ICE is in possession of a valid travel document for Petitioner and is ready to effect removal.
16. Petitioner remains detained at the Plymouth Correctional Facility in Plymouth, Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on November 24, 2025.

Digitally signed by KEITH M CHAN
Reason: I have reviewed this document
Date: 2025.11.24 16:58:59 -05'00'

Keith M. Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts